UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONY D. NELSON

v.

UNITED STATES OF AMERICA
_____/

Case No: 3:16-cv-1434-J-32-JBT
[MDF Case No.:3:10-cr-23-J-32TEM]

**AMICUS CURIAE BRIEF
BY THE FLORIDA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS
<u>NORTHEAST CHAPTER</u>**

The Northeast Chapter of the Florida Association of Criminal Defense Lawyers (NEFACDL) hereby files this brief in support of the *Petition for Writ of Error Coram Nobis* filed by Petitioner, TONY D. NELSON, in this case, and in support hereof, NEFACDL states as follows:

1. This amicus brief is being filed pursuant to the permission to do so granted by the Court in its *Order* rendered on November 28, 2016.

2. Based on the review of the case of <u>Tony D. Nelson</u>, MDF Case No.: 3:10-cr-23-J-32TEM, the purposes of NEFACDL are furthered by this amicus brief, which is respectfully submitted to further assist the Court.

3. The NEFACDL has reviewed the *Petition* filed by Mr. Nelson in his case, as well as other components of the record of his prosecution, and has reviewed the United States Supreme Court decision in <u>McDonnell v. United States</u>, 136 S. Ct. 2355 (2016).

4.     Based on this review, NEFACDL respectfully requests this Court grant the *Petition*.

WHEREFORE, NEFACDL respectfully requests the Court grant the relief requested in the *Petition*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on this 29th day of November 2016:

Mac Heavener, Esq., Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL  32202, Mac.Heavener@usdoj.gov

Mark B. Devereaux, Esq., Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL  32202, mark.devereaux@usdoj.gov

Curtis S. Fallgatter, Esq., Fallgatter & Catlin, P.A., 200 E. Forsyth St., Jacksonville, FL  32202, CSF@fallgatterlaw.com

**Northeast Chapter of the Florida Association of Criminal Defense Lawyers**

/s/ Valarie Linnen
VALARIE LINNEN, ESQ.
Florida Bar No:  63291
PO BOX 330339
Atlantic Beach, FL 32233
888-608-8814
vlinnen@live.com
Attorney for NEFACDL