UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONY D. NELSON

Case No:   3:16-cv-1434-J-32JBT

v.

UNITED STATES OF AMERICA
_____/

**CONSENT
MOTION FOR PERMISSION TO FILE
<u>SUPPLEMENTAL AUTHORITY</u>**

COMES NOW the Petitioner, Tony D. Nelson, by and through his undersigned counsel, pursuant to Rule 3.01(c), Local Rules for the Middle District of Florida, with the consent of the government, and hereby files this request for permission for leave to file supplemental authority, and in support hereof, states as follows:

1. On July 13, 2017, the United States Court of Appeals for the Second Circuit issued its opinion in *United States v. Sheldon Silver*, ___ F.3d ___ (2d Cir. 2017), No. 16-1615-cr (2d Cir. July 13, 2017).

2. The *Silver* case reversed the honest services fraud conviction of the former Speaker of the New York State Assembly, based on the holding of *McDonnell v. United States*, 579 U.S. __, 136 S.Ct. 2355 (2016), finding (as did the *McDonnell* court), the jury instructions were "overbroad," thus permitting a conviction for "lawful conduct."

3. The jury instructions in *Silver* are analogous to those delivered in Mr. Nelson's case such that Mr. Nelson is requesting permission to provide the Court with a brief analysis of the *Silver* decision, and its application to Mr. Nelson.

4. Counsel has conferred with the government and the government has advised they

have no objection to Mr. Nelson filing this supplemental authority, in a pleading not exceeding three pages in length (exclusive of the Certificate of Service), with the caveat they will likely ask for leave to respond, and, should they do so, Mr. Nelson hereby confirms he would likewise consent to any such request.

WHEREFORE, Petitioner respectfully requests this motion be granted, and that Mr. Nelson be permitted to file the case of *United States v. Sheldon Silver*, ___ F.3d ___ (2d Cir. 2017), No. 16-1615-cr (2d Cir. July 13, 2017), as supplemental authority, with a brief explanation of its application to Mr. Nelson, in a pleading not exceeding three pages in length (exclusive of the Certificate of Service).

Respectfully submitted,

**FALLGATTER & CATLIN, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com
Attorneys for Tony D. Nelson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically (email: Karin.hoppmann@usdoj.gov) to: Karin B. Hoppmann, Esq., Assistant U.S. Attorney, Office of the United States Attorney, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602, this 17th day of July, 2017.

  /s/ Curtis S. Fallgatter
ATTORNEY

75718